Craig A. Crispin, OSB No. 82485
crispin@employmentlaw-nw.com
CRISPIN EMPLOYMENT LAWYERS
1834 SW 58th Avenue, Suite 200
Portland, Oregon 97221-1455
Telephone: 503-293-5770
Telefax:   503-293-5766
    Of Attorneys for Plaintiff

Carolyn D. Walker, OSB No. 981129
cdwalker@stoel.com
Andrea H Thompson, OSB No. 084923
ahthompson@stoel.com
Carolyn D. Walker, OSB № 981129
cdwalker@stoel.com
STOEL RIVES, LLP
900 SW Fifth Avenue, Suite 2600
Portland OR 97204
(503) 294-9358
    Of Attorneys for Defendants

## UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON
Portland Division

| | |
|---|---|
| **GWEN SUE HAMMOND,** | Civil No. 11-004 PK |
| Plaintiff, | |
| v. | |
| **CENTRAL CITY CONCERN,** a domestic nonprofit corporation, | STIPULATION, ORDER, AND JUDGMENT FOR VOLUNTARY DISMISSAL WITH PREJUDICE |
| Defendant. | |

### MOTION

Pursuant to settlement between Plaintiff and Defendant through their counsel,

Plaintiff's Complaint and Defendant's Counterclaim shall be dismissed with prejudice and

Page 1 – STIPULATION, ORDER, AND JUDGMENT FOR
VOLUNTARY DISMISSAL WITH PREJUDICE

CRISPIN EMPLOYMENT LAWYERS
1834 SW 58th Avenue, Suite 200
Portland, Oregon 97221-1455
Telephone: 503-293-5770

without costs or attorney's fees for either party.

Dated this 10th day of June, 2011.

IT IS SO STIPULATED:

| STOEL RIVES, LLP | CRISPIN EMPLOYMENT LAWYERS |
|---|---|
| By: /s/Carolyn D. Walker<br>Carolyn D. Walker, OSB No. 981129<br>Of Attorneys for Defendants<br>(Signature Authorized) | By: /s/Craig A. Crispin<br>Craig A. Crispin, OSB No. 82485<br>Of Attorneys for Plaintiff |

IT IS HEREBY ORDER AND ADJUDGED that this action is dismissed with prejudice and without costs or attorney fees to any party.

DATED this 13 day of June, 2011.

_____
U.S. District Judge

Page 2 – STIPULATION, ORDER, AND JUDGMENT FOR
VOLUNTARY DISMISSAL WITH PREJUDICE

CRISPIN EMPLOYMENT LAWYERS
1834 SW 58th Avenue, Suite 200
Portland, Oregon 97221-1455
Telephone: 503-293-5770